UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL DROSKE, as the personal
representative of the ESTATE TRACIE
DROSKE, on behalf of the estate and on
behalf of MICHAEL DROSKE, surviving
spouse,

                Plaintiff,

vs.                              Case No.  5:10-cv-618-Oc-34MCR

VICTOR GARCIA-CANO and
REGULIZADORA MEXICANA SA CV, a
foreign corporation, and RITCHIE BROS.
AUCTIONEERS, INC., a foreign corporation

                Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Order Appointing International Process Server (Doc. 39) filed June 2, 2011.  The instant Motion fails to comply with the Local Rules of the Middle District of Florida.  Pursuant to Local Rule 3.01(a):

> In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and *a memorandum of legal authority in support of the request* ...

(emphasis added).  Plaintiff's Motion fails to provide this information.  Additionally, Plaintiff failed to confer with opposing regarding the Motion as required by Local Rule 3.01(g).  Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Order Appointing International Process Server (Doc. 39) is **DENIED without prejudice.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  3rd  day of June, 2011.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party