UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL DROSKE, as The Personal
Representative of the ESTATE OF TRACIE
DROSKE on behalf of the Estate and on behalf
of MICHAEL DROSKE, surviving spouse,

                Plaintiff,

v.                                                    Case No. 5:10-cv-618-Oc-10TBS

VICTOR GARCIA-CANO, and
REGULARIZADORA MEXICANA SA CV, a
Foreign Corporation and RITCHIE BROS.
AUCITONEERS (AMERICA) INC., a Foreign
Corporation,

                Defendant.
_____/

ORDER

Pending before the Court is the Motion to Compel (Doc. 45) filed by defendant, Ritchie Bros. Auctioneers (America) Inc. seeking a Court order compelling non-party, BF Forwarding, Inc. to comply with a subpoena duces tecum without deposition that was served on June 6, 2011 (Doc. 45-1). To date, BF Forwarding has not responded to the subpoena. The Motion to Compel does not reflect compliance with Local Rule 3.01(g) and the Certificate of Service affixed to the motion does not show service of a copy on BF Forwarding. Consequently, the Motion to Compel (Doc. 45) is due to be DENIED WITHOUT PREJUDICE.

       IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on October 6, 2011.

*THOMAS B. SMITH*
United States Magistrate Judge

Copies to: All Counsel