UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL DROSKE, as The Personal
Representative of the ESTATE OF TRACIE
DROSKE on behalf of the Estate and on
behalf of MICHAEL DROSKE, surviving
spouse,

    Plaintiff,

v.                                                                  Case No.  5:10-cv-618-Oc-10TBS

VICTOR GARCIA-CANO, and
REGULARIZADORA MEXICANA SA CV, a
Foreign Corporation and RITCHIE BROS.
AUCITONEERS (AMERICA) INC., a Foreign
Corporation,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Request for Copies (Doc. 81).  The request is hereby STRICKEN for the following reasons:

(1) Plaintiff has not provided a reason why the request was filed.  Local Rule 3.03 provides in part that discovery requests and responses shall not be filed with the Court as a matter of course, but may be filed if necessary to the presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceeding.

(2) This case is governed by the Federal Rules of Civil Procedure; Plaintiff's request is made pursuant to the Florida Rules.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 15, 2012.

                                                              THOMAS B. SMITH
                                                              United States Magistrate Judge

Copies to all Counsel