**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

MICHAEL DROSKE, personally as
surviving spouse and as the Personal
Representative of the Estate of
Tracie Droske,

        Plaintiff,

v.                                                                        Case No. 5:10-cv-618-Oc-34PRL

VICTOR GARCIA-CANO, et al.,

        Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 102; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on June 13, 2013. In the Report, Magistrate Judge Lammens recommends that Plaintiff's Motion to Enforce Settlement and for Attorneys Fees (Doc. No. 95) be denied. See Report at 3. No objections have been filed by any party, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.

The Court notes that Plaintiff represented at the hearing before Magistrate Judge Lammens that a settlement had been reached with all of the remaining Defendants who had been served. See Report at 2, n.3. In light of this representation, Plaintiff was directed to file a notice of settlement on or before June 21, 2013. See id. Plaintiff failed to do so. Thus, the Court will direct Plaintiff to show cause why this case should not be dismissed at this time.

In light of the foregoing, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. No. 102) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Enforce Settlement and for Attorneys Fees (Doc. No. 95) is **DENIED**.

3. Plaintiff is directed to show cause by a written response filed on or before **August 2, 2013**, why this case should not be dismissed at this time. Plaintiff is cautioned that failure to respond to a Court order may result in dismissal of this action without further notice.

**DONE AND ORDERED** in Chambers, this 16th day of July, 2013.



MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record